IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHYLLIS Y. BRAXTON, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 12-0618-M |
| CAROLYN W. COLVIN, | : |
| Commission of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Phyllis Y. Braxton.

DONE this 1st day of May, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE